Illyssa I. Fogel, CA State Bar No. 145876
ILLYSSA I. FOGEL & ASSOCIATES
815 N. La Brea Ave., No. 78
Inglewood, California 90302
Phone:  (888) 570-7220
Fax:  (888) 570-7220
Email:  ifogel@iiflaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**BRYAN J. KLINGER,**<br><br>Debtor. | Case No.: 8:20-bk-12278-TA<br>Chapter 11<br><br>**SECOND DECLARATION OF ILLYSSA I. FOGEL IN SUPPORT OF FIRST AND FINAL APPLICATION FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ILLYSSA I. FOGEL & ASSOCIATES, BANKRUPTCY COUNSEL TO THE DEBTOR**<br><br>Date:   April 28, 2021<br>Time:   10:00 a.m.<br>Ctrm:   5B<br>   U.S. Bankruptcy Court<br>   Ronald Reagan Federal Bldg.<br>   411 West Fourth Street<br>   Santa Ana, CA 92701 |

I, Illyssa I. Fogel, declare and state:

1. I am an attorney duly licensed to practice before all of the Courts of the State of California and the United States District and Bankruptcy Courts for the Central District of California. I am the attorney for Bryan J. Klinger, the now dismissed Debtor herein, and I am the Applicant. I have personal knowledge of the matters stated herein, except those stated on information and belief but which I reasonably believe to be true, and could and would competently testify thereto if called upon to do so.

2. On March 29, 2021, I served my First and Final Application for Payment of Compensation and Reimbursement of Expenses of Illyssa I. Fogel & Associates, Bankruptcy Counsel to the Debtor (the "Fee Application") [Dkt. 63], together with the Declaration of Illyssa I. Fogel in Support of First and Final Application for Payment of Compensation and Reimbursement of Expenses of Illyssa I. Fogel & Associates, Bankruptcy Counsel to the Debtor [Dkt. 64], the Notice of Hearing on Application for Payment of Final Fees and/or Expenses [Dkt. 65], and the Supplemental Notice of Hearing to be Held Remotely Using ZOOMGOV Audio and Video [Dkt. 67] on Debtor Bryan J. Klinger.

3. On March 30, 2021, I sent Mr. Klinger an email reminding him that the Fee Application had been filed and of the hearing date and informing him of the requirement of Local Bankruptcy **Rule 2016-1(a)(1)(J) that I seek to have my client execute a declaration stating he had reviewed the Fee Application and had no objection to it. I included the language of the referenced Local Rule and attached the form of a declaration I asked him to sign. A true and correct copy of that email is found at the bottom of the email chain attached hereto as Exhibit "A" and is fully incorporated herein by this reference, and a true and correct copy of the declaration I attached to Exhibit A is attached hereto as Exhibit "B" and is fully incorporated herein by this reference.**

4. On April 1, 2021, I received an email from Mr. Klinger, at the top of Exhibit A, stating he declined to execute the declaration I had provided.

5. I request that the Court approve the First and Final Fee Application for Payment of Compensation and Reimbursement of Expenses of Illyssa I. Fogel of Illyssa I. Fogel & Associates, Bankruptcy Counsel to the Debtor, and that the fees and costs requested be deemed an allowed a final 11 U.S.C. § 503(b) administrative expense to be paid from available Estate or personal assets, as set forth in the Fee Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of April, 2021, at McDermitt, Nevada.

                                                        */s/ Illyssa I. Fogel*
                                                        Illyssa I. Fogel

Case 8:20-bk-12278-TA    Doc 68    Filed 04/08/21    Entered 04/08/21 09:31:51    Desc
Main Document    Page 3 of 8

**Illyssa I. Fogel**

| | |
|---|---|
| **From:** | Bitter Gun Klinger <klingertrust@gmail.com> |
| **Sent:** | Thursday, April 01, 2021 9:00 AM |
| **To:** | Illyssa I. Fogel |
| **Subject:** | Re: Fee Application |

I decline to sign your declaration because your fees are not reasonable or necessary.

Bryan Klinger

On Tue, Mar 30, 2021, 5:02 PM Illyssa I. Fogel <ifogel@iiflaw.com> wrote:

> As I informed you, I have filed my First and Final Application (the "Fee Application") for Payment of Compensation and Reimbursement of Expenses of Illyssa I. Fogel & Associates, General Bankruptcy Counsel to the Debtor, in your bankruptcy case, which is still open. As in the notice I sent, the hearing on the Fee Application is set for April 28, 2021, at 10:00 a.m.
>
> Local Bankruptcy Rule 2016-1(a)(1)(J) provides that I, as the applicant, must submit:
>
> "A separately filed declaration from the client indicating that the client has reviewed the fee application and has no objection to it. If the client refuses to provide such a declaration, the professional must file a declaration describing the steps that were taken to obtain the client's declaration and the
>
> client's response thereto."
>
> I have attached a declaration regarding my Fee Application as required by the Local Bankruptcy Rule set forth above. Please execute it and return it to me by no later than Friday, April 2, 2021. If you do not, I will submit my declaration stating that you refused to sign the declaration despite my having sent it to you.
>
> Illyssa I. Fogel
>
> Illyssa I. Fogel & Associates
>
> 815 N. La Brea Ave., Ste. 78
>
> Inglewood, CA  90302
>
> V/F:  888.570.7220
>
> E:  ifogel@iiflaw.com
>
> Web: www.iiflaw.com

1                                **Exhibit A**

*(Admitted in California & Nevada)*

PRIVILEGED AND CONFIDENTIAL:  This communication, including any attachhments, is covered by the U.S. Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2522.  It is for the exclusive use of the addressee and may contain proprietary, confidential and/or privileged information.  If you are not the intended recipient, any use, copying, disclosure, dissemination, or distribution of this communication and/or the information contained herein is strictly prohibited.  If you are not the intended recipient, please notify the sender immediately by return email, delete this communication, and destroy all copies.

Case 8:20-bk-12278-TA    Doc 68    Filed 04/08/21    Entered 04/08/21 09:31:51    Desc
Main Document    Page 4 of 8

*(Admitted in California & Nevada)*

Illyssa I. Fogel, CA State Bar No. 145876
ILLYSSA I. FOGEL & ASSOCIATES
815 N. La Brea Ave., No. 78
Inglewood, California 90302
Phone: (888) 570-7220
Fax: (888) 570-7220
Email: ifogel@iiflaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BRYAN J. KLINGER,<br><br>Debtor. | Case No.: 8:20-bk-12278-TA<br>Chapter 11<br><br>**DECLARATION OF DEBTOR BRYAN J. KLINGER IN SUPPORT OF FIRST AND FINAL APPLICATION FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ILLYSSA I. FOGEL & ASSOCIATES, GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR**<br><br>Date:  April 28, 2021<br>Time:  10:00 a.m.<br>Ctrm:  5B,<br>     U.S. Bankruptcy Court<br>     Ronald Reagan Federal Bldg.<br>     411 West Fourth Street<br>     Santa Ana, CA 92701 |

I, Bryan J. Klinger, declare and state:

1. I am the Debtor in this Chapter 11 case, which has now been dismissed. I have personal knowledge of the matters stated herein, except those stated on information and belief but which I reasonably believe to be true, and could and would competently testify thereto if called upon to do so.

2. I received the First and Final Application (the "Fee Application") for Payment of Compensation and Reimbursement of Expenses of Illyssa I. Fogel & Associates, General Bankruptcy Counsel to the Debtor, as well as the Declaration of Illyssa I. Fogel in Support of First and Final Application for Payment of Compensation and Reimbursement of Expenses of Illyssa I. Fogel &

– 1 –

**Exhibit B**

DEC. OF DEBTOR RE FIRST & FINAL APPLICATION FOR COMP. AND REIMB. OF EXPENSES

Associates, General Bankruptcy Counsel to the Debtor.  I am submitting this declaration in support of the Fee Application.

3.  I have reviewed the Fee Application and have no objection to the fees and costs requested in the Fee Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of _____, 2021, at Laguna Hills, California.

_____
Bryan J. Klinger

– 2 –

DEC. OF DEBTOR RE FIRST & FINAL APPLICATION FOR COMP. AND REIMB. OF EXPENSES

| In re:<br>BRYAN J. KLINGER, | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 8:20-bk-12278-TA |

# PROOF OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
815 N. La Brea Ave., No. 78, Inglewood, CA  90302

A true and correct copy of the document described as **SECOND DECLARATION OF ILLYSSA I. FOGEL IN SUPPORT OF FIRST AND FINAL APPLICATION FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ILLYSSA I. FOGEL & ASSOCIATES, GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR** was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the above-referenced documents were served by the court via NEF and hyperlink to the document. On April 8, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

See attached.

☒ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL:**  On April 8, 2021, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy – The Honorable Theodor C. Albert, United States Bankruptcy Judge, United States Bankruptcy Court – Santa Ana Division, 411 W. Fourth St., Ste. 5085, Santa Ana, CA  92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT DELIVERY, FACSIMILE TRANSMISSION, OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 29, 2021 I served the following person(s) and/or entity(ies) by personal delivery, overnight delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Debtor's Copy (by email) – Bryan J. Klinger – klingertrust@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 8, 2021 | Illyssa I. Fogel | /s/ Illyssa I. Fogel |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                       **F 9013-3.1.PROOF.SERVICE**

**8:20-bk-12278-TA Notice will be electronically mailed to:**

Illyssa I Fogel on behalf of Debtor Bryan Joseph Klinger
ifogel@iiflaw.com

Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Holly Walker on behalf of Creditor WVJP 2018-3, LP
holly@veruslawgroup.com